IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERICA C. BAKER,

      Plaintiff,

vs.                                              No. CIV 10-0717 JB/GBW

LOVINGTON POLICE DEPARTMENT and
CITY OF LOVINGTON,

      Defendants.

## FINAL JUDGMENT

      **THIS MATTER** comes before the Court on the Court's Order of Dismissal with Prejudice, filed October 31, 2011 (Doc. 128). In that Order, the Court dismissed with prejudice all of Plaintiff Erica C. Baker's claims against Defendants Lovington Police Department and City of Lovington because the parties have settled their dispute. There being no further issues or claims for the Court to resolve, entry of final judgment is appropriate.

      **IT IS ORDERED** that final judgment is entered in this case.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

*Counsel:*

Karen S. Mendenhall
Eaves & Mendenhall, P.A.
Albuquerque, New Mexico

      *Attorney for the Plaintiff*

Stephen G. French
Robyn Hoffman
French & Associates, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendants*